

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-11-00877-CR

Antonio **AVILES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7244
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief on remand is due March 13, 2014. On March 11, 2014, appellant file a motion to extend time to file the brief. We **GRANT** appellant's motion and **ORDER** appellant to file the brief in this court on or before April 11, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court